UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. AGUILAR LUA,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Respondents. | No. 1:25-cv-00156-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF MANDAMUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 6 |

Petitioner Juan M. Aguilar Lua is a state prisoner proceeding pro se with a petition for writ of mandamus. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2025, the assigned magistrate judge issued findings and recommendations that recommended dismissing the petition for lack of jurisdiction. Doc. 6. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the findings and recommendations. *Id.* To date, no objections have been filed, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court holds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 13, 2025, Doc. 6, are ADOPTED in full;
2. The petition for writ of mandamus is DISMISSED; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: <u>   July 11, 2025   </u>

_____
UNITED STATES DISTRICT JUDGE